IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF ARKANSAS, COLORADO, ILLINOIS, INDIANA, LOUISIANA, NEW MEXICO, OKLAHOMA, TENNESSEE, AND TEXAS *ex rel.* MICHAEL CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>EMERGENCY STAFFING SOLUTIONS, INC., AND HOSPITAL CARE CONSULTANTS, INC.,<br><br>Defendants. | Civil Action No. 3:19-CV-01238-E<br><br><u>FILED IN SEALED CASE</u> |

## ORDER

Having reviewed the United States of America's Declination Notice, and pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), **IT IS HEREBY ORDERED** that:

1. The Complaint in the above-referenced action shall be unsealed after the date of this Order and served upon Defendants by Relator;

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon Defendants pursuant to L.R. 79.4 or otherwise, except for this Order, the Complaint, and the United States of America's Declination Notice, which Relator shall serve upon Defendants only after service of the Complaint;

3. The seal shall be lifted and all papers filed or lodged in this action after the date of this Order shall not be sealed, unless otherwise ordered by the Court;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States and Plaintiff States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States and Plaintiff States; and

6. Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and Plaintiff States before ruling or granting its approval; and

7. This case is reopened.

**SO ORDERED** on this 24th day of January, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE