IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and The States of ARKANSAS, COLORADO, ILLINOIS, INDIANA, LOUISANA, TENNESSE, and TEXAS *es rel*. MICHAEL CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>EMERGENCY STAFFING SOLUTIONS INC. and HOSPITAL CARE CONSULTANTS INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:19-cv-01238-E |

ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Will Pryor
Will Pryor Mediation and Arbitration
Lincoln Centre
4851 LBT Fwy, Suite #220
Dallas, TX 75244
(214) 534-1990.

Mediation shall be completed by October 5, 2023.

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.  Upon completion of the mediation, the mediator shall submit a report to the Court within five days.

**SO ORDERED**; signed September 7, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE