## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
| and States of ARKANSAS, COLORADO, | § | |
| ILLINOIS, INDIANA, LOUISIANA, | § | |
| NEW MEXICO, OKLAHOMA, | § | |
| TENNESSEE, and TEXAS, ex rel. | § | |
| MICHAEL CARTER, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-CV-1238-E |
| | § | |
| EMERGENCY STAFFING SOLUTIONS, | § | |
| INC. and HOSPITAL CARE | § | |
| CONSULTANTS, INC., | § | |
| Defendants. | § | |

## ORDER

By electronic order of reference filed October 2, 2023 (docs. 76), before the Court for determination is *Relator's Motion to Compel*, filed August 25, 2023 (doc. 99). An oral argument concerning the motion was conducted on the record on October 11, 2023. All parties appeared through counsel. Based on the relevant filings, applicable law, and argument, and for the reasons stated on the record, the motion is **GRANTED.**

1.      The motion to compel the defendants to provide discovery concerning the hospitalist program is granted. The scope of permissible discovery includes the hospitalist program in facilities located within the State of Oklahoma, but is limited to documents or information which has specifically been requested through discovery requests, unless otherwise agreed by the parties in writing or otherwise ordered by the court.

2.      All relief not specifically awarded is denied.

- 1 -

**SO ORDERED** on this 11th day of October, 2023.


IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE