IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of OKLAHOMA, *ex rel.* MICHAEL CARTER<br><br>**Plaintiffs,**<br><br>v.<br><br>EMERGENCY STAFFING SOLUTIONS, INC.; HOSPITAL CARE CONSULANTS, INC.,<br><br>**Defendants.** | Case Number: 3:19-cv-1238-E |

## RELATOR'S OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES

Relator Michael Carter ("Relator") respectfully submits the following objections to Defendants' pretrial disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Scheduling Order. Relator intends to file four motions in limine to exclude testimony and evidence on the following subjects: (i) any argument by Defendants that their compensation model is commercially reasonable and consistent with fair market value and market rates; (ii) any argument that the patients admitted to inpatient care by contracted physicians complied with federal admission criteria; (iii) any argument regarding the Government's decision not to intervene in this matter; and (iv) any argument regarding Relator's financial interest in the outcome of the case. Relator will submit

1

these motions in limine supported by memoranda of law in accordance with the Court's Scheduling Order, and lodges objections to Defendants' exhibits, witnesses, and deposition testimony on those grounds where indicated below. Additionally, Relator reserves his right to amend, supplement, and modify these objections depending on the outcome of the pending motions for summary judgment and *Daubert* motions seeking to exclude Defendants' designated expert witnesses.

## OBJECTIONS TO DEFENDANTS' EXHIBITS

Relator asserts the following objections to Defendants' pretrial disclosure of exhibits, and reserves all rights to lodge objections under Federal Rules of Evidence 402 and 403 (as set forth in the Scheduling Order), as well as any additional objections, including but not limited to hearsay and authentication, contingent upon the testimony offered at trial:

| Identification of Document or Exhibit | Bates Label as applicable | Objection |
|---|---|---|
| 2015 - 2020 HCUPNet Emergency Department Database, United States | | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication |
| 2015 - 2023 American Medical Group Association Physician Compensation and Productivity Reports | | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication |

| | | |
|---|---|---|
| 2015 - 2023 Medical Group Management Association Physician Compensation and Production Reports | | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication |
| 2015 - 2023 Sullivan Cotter and Associates Physician Compensation and Productivity Reports | | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication |
| Advertising examples sent to government | ESS-HCC 25106 - 25117 | Hearsay; Authentication; Government Declination |
| Calendar invite for meeting regarding Perry Memorial Hospital | ESS-HCC 22616 | Compliance with Admission Criteria |
| Carter agreements with ESS | Carter 2 - 12; 287 - 329 | Relevance |
| Carter agreements with Memorial Hospital of Texas County | Carter 568 - 574 | Relevance |
| Chart review records | ESS-HCC 4497 - 4500; 8049 - 8051; 8557 - 8558; 10507 - 10508; 22794 - 22796; 22993 - 22994; 23175 - 23178; 23896 - 23898 | Compliance with Admission Criteria |
| Communications regarding use of CMI at Perry Memorial Hospital | ESS-HCC 8169 - 8182; 22769 - 22775 | Compliance with Admission Criteria |
| Compliance plan email to ESS personnel | ESS-HCC 22874 | Reserve objections for trial |
| Compliance plan emails to physicians | ESS-HCC 18982 - 19039; 20749 - 20805 | Reserve objections for trial |

3

| | | |
|---|---|---|
| Documents reflecting hours worked by physicians | ESS-HCC 22986 - 22992 | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication; Improper Summary under FRE 1006 |
| Summary compilation of hours worked by physicians | | Fair Market Value, Commercial Reasonableness, and Market Rates; Hearsay; Authentication; Improper Summary under FRE 1006 |
| Documents reflecting payment of Memorial Hospital of Texas County judgment | ESS-HCC 2901 - 2903 | Hearsay; Authentication; Compliance with Admission Criteria |
| Dr. Ficklen CV | | Hearsay; Authentication; Compliance with Admission Criteria |
| Dr. Madoux emails | Carter 79; ESS-HCC 18875 - 18886; 18906 - 18917 | Hearsay; Authentication; Compliance with Admission Criteria |
| Email with physicians at Memorial Hospital of Texas County | ESS-HCC 2878 - 2879 | Hearsay; Authentication; Compliance with Admission Criteria |
| Email with physicians at Perry Memorial Hospital | ESS-HCC 19054 - 19055 | Hearsay; Authentication; Compliance with Admission Criteria |
| Emails regarding Dr. Knecht | ESS-HCC 20268 - 20269; 20424 - 20425 | Hearsay; Authentication |
| Emails with Michael Carter | ESS-HCC 273 - 275; 283 - 288; 784 - 788; 1019; 1643 - 1645 | Hearsay; Authentication |
| Employee compliance signatures | ESS-HCC 25289 - 25452 | Hearsay; Authentication; Compliance with Admission Criteria |

4

| | | |
|---|---|---|
| Summary compilation of employee compliance signatures | | Compliance with Admission Criteria |
| ESS policy for case reviews | ESS-HCC 22240 - 22244 | Compliance with Admission Criteria |
| Excerpts from BVR/AHLA Guide to Valuing Physician Compensation and Healthcare Service Arrangements, Volume Two | | Hearsay; Authentication; Fair Market Value, Commercial Reasonableness, and Market Rates; Compliance with Admission Criteria |
| Excerpts from The Complete Guide to Fair Market Value Under the Stark Regulations | | Hearsay; Authentication; Fair Market Value, Commercial Reasonableness, and Market Rates; Compliance with Admission Criteria |
| Excerpts from the deposition transcript of Brian Haught | | Reserve objections for trial |
| Excerpts from the deposition transcript of David Ficklen, MD | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |
| Excerpts from the deposition transcript of Demille Madoux, MD | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |
| Excerpts from the Deposition transcript of Michael Carter | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |

| Excerpts from the Deposition transcript of Tim Smith | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |
|---|---|---|
| Excerpts from the Deposition transcript of Todd Mello | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |
| Excerpts from the Deposition transcript of Tracy Campos | | Reserve objections for trial; object to introduction of deposition testimony over live testimony |
| Hospital agreements | ESS-HCC 2888 - 2900; 4550 - 4577; 4770 - 4789; 5148 - 5164; 5304 - 5325; 5456 - 5476; 5711 - 5744; 25984 - 26002 | Reserve objections for trial |
| Incomplete chart emails | ESS-HCC 1689 - 1691; 1769; 7585; 8056 - 8057; 8307 - 8308; 9014 - 9016; 9030 - 9036; 9249 - 9253; 10274 - 10276; 10280 - 10281; 10423 - 10425; 22105 - 22106; 24528 - 24530 | Hearsay; Authentication |
| Level of Care Presentation | ESS-HCC 24112 - 24170; 25227 - 25288 | Compliance with Admission Criteria |
| Memorial Hospital of Texas County emails | ESS-HCC 1733 - 1734; 1738 - 1763; 1899 - 1921; 24307 - 24329 | Hearsay; Authentication; Compliance with Admission Criteria |
| Memorial Hospital and Physician Group list of actions | ESS-HCC 11322 - 11324 | Compliance with Admission Criteria |

6

| Memorial Hospital of Texas County Compliance Plan | Carter 519 - 567 | Compliance with Admission Criteria |
|---|---|---|
| Memorial Hospital of Texas County judgment | ESS-HCC 2884 - 2887 | Hearsay; Authentication; Compliance with Admission Criteria |
| Memorial Hospital of Texas County proposal worksheets | ESS-HCC 1611 - 1616 | Fair Market Value, Commercial Reasonableness and Market Rates; Hearsay; Authentication |
| Perry Memorial Hospital emails | ESS-HCC 10507 - 10538 | Compliance with Admission Criteria |
| Perry Memorial Hospital plan of action | ESS-HCC 8102; 8107 - 8108 | Compliance with Admission Criteria |
| Physician agreements | ESS-HCC 1485 - 1609; 4578 - 4741; 4790 - 5047; 5165 - 5282; 5326 - 5447; 5477 - 5673; 5745 - 6258; 25902 - 25983; 26005 - 26018 | Fair Market Value, Commercial Reasonableness and Market Rates |
| Summary compilation of physician agreements | | Fair Market Value, Commercial Reasonableness and Market Rates |
| Physician compensation records | ESS-HCC 1610; 4742 - 4769; 5048 - 5147; 5283 - 5298; 5448 - 5455; 5674 - 5710; 6259 - 6332; 25891 - 25901 | Fair Market Value, Commercial Reasonableness and Market Rates |
| Summary compilation of physician compensation records | | Fair Market Value, Commercial Reasonableness and Market Rates |
| Physician compliance signatures | ESS-HCC 25463 - 25890; 26019 - 26365 | Compliance with Admission Criteria |
| Summary compilation of physician compliance signatures | | Compliance with Admission Criteria |

7

| | | |
|---|---|---|
| Physician encounter records | ESS/HCC 4501 - 4546; 26003 - 26004 | Compliance with Admission Criteria |
| Summary compilation of physician encounter records | | Compliance with Admission Criteria |
| Physician Feedback Report emails | ESS-HCC 23294 - 23295 | Compliance with Admission Criteria |
| Physician orientation records | ESS-HCC 2904 - 4194; 6707 - 6732; 9270 - 9297; 10128 - 10156; 26562 - 26586 | Hearsay; Authentication; Compliance with Admission Criteria |
| R1 claims data | R1RCM 1 - 12 | |
| Summary compilation of R1 claims data | | |
| RVU analysis documents | ESS-HCC 25118 - 25119 | Hearsay; Authentication; Fair Market Value, Commercial Reasonableness, and Market Rates; Compliance with Admission Criteria; Government Declination |
| Sample hybrid proposal | ESS-HCC 25186 - 25206 | Hearsay, Authentication |
| Sample Intermedix hospital report | ESS-HCC 1908 - 1921 | Hearsay; Authentication |
| Sample Intermedix physician report | ESS-HCC 1900 - 1907 | Hearsay, Authentication |
| Sample physician recruitment emails and job postings | ESS-HCC 23038; 23080 - 23081; 23179 - 23187; 24202 - 24203 | Fair Market Value, Commercial Reasonableness, and Market Rates |
| Summary compilation of admission data | | Improper summary under FRE 1006; Compliance with Admission Criteria |
| Todd Mello report and CV | | Hearsay |

# OBJECTIONS TO DEFENDANTS' WITNESSES AND DEPOSITION TESTIMONY

Relator asserts the following objections to Defendants' pretrial disclosure of witnesses and deposition testimony, and reserves all rights to lodge objections under Federal Rules of Evidence 402 and 403 (as set forth in the Scheduling Order), as well as any additional live objections at trial, including but not limited to hearsay, contingent upon the testimony offered at trial:

1. Tracy Campos

Relator objects to the extent Ms. Campos intends to testify as an expert for the reasons set forth in Relator's *Daubert* motion. Relator also objects to the extent Ms. Campos intends to testify regarding patient eligibility for admission and compliance with federal admission criteria.

2. Michael Carter

Relator objects to the extent Defendants intend to question Mr. Carter regarding any financial incentive in the outcome of this case. Relator further objects to the extent Defendants intend to question Mr. Carter regarding his contract with Defendants on the basis of relevance.

3. Dr. David Ficklen

Relator objects to the extent Dr. Ficklen intends to testify regarding patient eligibility for admission and compliance with federal admission criteria.

4. Valerie Glenn

Relator objects to the extent Ms. Glenn intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted physicians.

5. Todd Mello

Relator objects to Mr. Mello's testimony for the reasons set forth in Relator's pending *Daubert* motion. Relator further objects to the extent Mr. Mello intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted physicians.

6. Carrie O'Brien (individually and as corporate representative)

Relator objects to the extent Ms. O'Brien intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted physicians.

7. Shonda Rupe (individually and as corporate representative)

Relator objects to Ms. Rupe offering any expert testimony for the reasons set forth in Relator's pending *Daubert* motion. Relator also objects to the extent Ms. Rupe intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted physicians. Relator also objects to the extent Ms. Rupe intends to testify regarding the Government's decision not to intervene in this matter.

8. Ron Weiss

Relator objects to the extent Mr. Weiss intends to testify regarding the Government's decision not to intervene in this matter. Relator also objects to the extent Mr. Weiss intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted physicians. Relator further objects to the extent Mr. Weiss intends to testify regarding patient eligibility for admission and compliance with federal admission criteria.

9. Nicole Ludington

Relator objects to the extent Ms. Ludington was not previously disclosed as a witness with knowledge of information relevant to the claims and defenses asserted in this matter in Defendants' initial disclosures. Relator also objects to the extent Ms. Ludington intends to testify regarding fair market value, commercial reasonableness, and market rates for compensation to Defendants' contracted

physicians. Relator further objects to the extent Ms. Ludington intends to testify regarding patient eligibility for admission and compliance with federal admission criteria. Relator also objects to the extent Ms. Ludington intends to testify regarding the Government's decision not to intervene in this matter.

10. Dr. Demille Madoux

Relator objects to the extent Dr. Madoux intends to testify regarding patient eligibility for admission and compliance with federal admission criteria.

Relator also objects to the extent Defendants offer any testimony from depositions of these and any other witness on these subjects based on the above-listed objections. Further, Relator reserves his right to call these witnesses at trial, and reserves his right to raise objections at trial.

Dated: October 1, 2024

Respectfully submitted,

*/s/ Laurence D. LeSueur, Jr.*
John W. Joyce, *PHV* (LA 27525)
Laurence D. LeSueur, Jr., *PHV* (LA 35206)
Benjamin P. Bucy, *PHV* (GA 526064)
Richard E. Sarver, *PHV* (LA 23558)
Lorcan L. Connick, *PHV* (LA 38168)
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
jjoyce@barrassousdin.com
llesueur@barrassousdin.com
bbucy@barrassousdin.com
rsarver@barrassousdin.com
lconnick@barrassousdin.com

Frohsin Barger & Walthall

11

>James F. Barger Jr, *PHV* (GA 843064)
>100 Main Street
>Saint Simons Island, Georgia 31522
>Telephone:  205/933-4006
>Fax:  205/933-4008
>jim@frohsinbarger.com
>
>Waters & Kraus LLP
>Charles S. Siegel, TX 18341875
>Caitlyn E. Silhan, TX 24050813
>3141 Hood Street, Suite 700
>Dallas, TX  75219
>Telephone:  214/357-6244
>Fax:  214/357-7252
>siegel@waterskraus.com
>csilhan@waterskraus.com
>*Counsel for Relator Michael Carter*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 1st day of October, 2024, I electronically filed the foregoing using the CM/ECF system, which will send notice of this filing to all counsel of record.

>*/s/ Laurence D. LeSueur, Jr.*
>Counsel for Relator