IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of OKLAHOMA, *ex rel.* MICHAEL CARTER <br><br>**Plaintiffs,**<br><br>v.<br><br>EMERGENCY STAFFING SOLUTIONS, INC.; HOSPITAL CARE CONSULANTS, INC.,<br>**Defendants.** | **Case Number:** 3:19-cv-1238-E |

### RELATOR'S UNOPPOSED MOTION TO SET STATUS CONFERENCE

COMES NOW, Relator Michael Carter ("Relator"), to respectfully request that the Court re-open the above-captioned matter and set a status conference to select a trial date. Defendants Emergency Staffing Solutions, Inc. and Hospital Care Consultants, Inc. ("Defendants") do not oppose Relator's request for a status conference to select a new trial date. In support of his motion, Relator avers as follows:

1. On October 3, 2024, the Court issued an order (Rec. Doc. 192) staying this matter until a ruling on various pending motions, including Defendants' Motion for Summary Judgment and Relator's Motion for Partial Summary Judgment (Rec. Docs. 134, 143), as well as Relator's Motion to Exclude Todd Mello, Relator's

1

Motion in Limine to Exclude Defendants' Non-Retained Experts, Defendants' Motion to Strike Timothy Smith, Defendants' Motion to Strike Jason Wells, and Relator's Motion for Privacy Act Order (Rec. Docs. 137, 140, 146, 148 and 186).

2. Each of the motions addressed in the Court's order staying the case have been decided, and Defendants' objections to the Magistrate Judge's ruling on the parties' summary judgment motions were overruled. (*See* Rec. Doc. 193, 195, 197, and 200).

3. Therefore, the impetus for this Court's stay and administrative closure of the case have been resolved, and this matter is ripe for a trial setting.

4. Accordingly, Relator respectfully requests that the Court vacate its order staying the case, and set a status conference for the parties and the Court to discuss the case status and setting of a new trial date.

5. Defendants do not oppose the relief requested in this motion.

**WHEREFORE**, Relator respectfully requests that the stay in this matter be lifted, and that a status conference be set to select a new trial date.

Dated: September 24, 2025

Respectfully submitted,

/s/ Laurence D. LeSueur, Jr.
John W. Joyce, *PHV* (LA 27525)
Laurence D. LeSueur, Jr., *PHV (*LA 35206)
Benjamin P. Bucy, *PHV* (GA 526064)
Richard E. Sarver, *PHV* (LA 23558)
Lorcan L. Connick, *PHV* (LA 38168)
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700
Facsimile:  (504) 589-9701
jjoyce@barrassousdin.com
llesueur@barrassousdin.com
bbucy@barrassousdin.com
rsarver@barrassousdin.com
lconnick@barrassousdin.com

Frohsin Barger & Walthall
James F. Barger Jr, *PHV* (GA 843064)
100 Main Street
Saint Simons Island, Georgia 31522
Telephone:  205/933-4006
Fax:  205/933-4008
jim@frohsinbarger.com

Waters & Kraus LLP
Charles S. Siegel, TX 18341875
Caitlyn E. Silhan, TX 24050813
3141 Hood Street, Suite 700
Dallas, TX  75219
Telephone: 214/357-6244
Fax:  214/357-7252
siegel@waterskraus.com
csilhan@waterskraus.com
*Counsel for Relator Michael Carter*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 24th day of September, 2025, I electronically filed the foregoing using the CM/ECF system, which will send notice of this filing to all counsel of record.

>*/s/ Laurence D. LeSueur, Jr.*
>Counsel for Relator

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 23, 2025 counsel for the parties communicated via email regarding consent to the relief requested in this motion, and counsel for Defendants advised they do not oppose the motion.

>*/s/ Laurence D. LeSueur, Jr.*
>Counsel for Relator