IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of OKLAHOMA, *ex rel.* MICHAEL CARTER<br><br>**Plaintiffs,**<br><br>v.<br><br>EMERGENCY STAFFING SOLUTIONS, INC.; HOSPITAL CARE CONSULANTS, INC.,<br>**Defendants.** | **Case Number:** 3:19-cv-1238-E |

## ORDER

Considering Relator's Unopposed Motion to Set Status Conference, **IT IS HEREBY ORDERED** that the stay be **VACATED**, and that a status conference be set for _____, 2025 at ____ to select a new trial date.

Dallas, Texas, this ____ day of _____, 2025.

_____
Judge Ada Brown

1